DISTRICT OF OREGON, ss: AFFIDAVIT OF CHRISTOPHER GIOVANETTY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Christopher Giovanetty, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the Federal Bureau of Investigation and have been since June 2022. My current assignment is to the Portland Field Division of the FBI, and I investigate cases involving crimes against children, fraud, and domestic terrorism. My training and experience includes formal training at the FBI Academy's Basic Field Training Course in Quantico, Virginia. During this four-month course, I received several hundred hours of instruction in law enforcement investigations, including training related to criminal case management, informant development, violent crimes, violent crimes against children, and exploitation of children

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Jordan Avery Moore for threatening to assault, kidnap, or murder a United States Federal Law Enforcement Officer or an immediate member of their family in violation of Title 18, U.S.C. Section 115(a)(1)(B). As set forth below, there is probable cause to believe, and I do believe, that Jordan Avery Moore committed threatening to assault, kidnap, or murder a United States Federal Law Enforcement Officer or an immediate member of their family in violation of Title 18, U.S.C. Section 115(a)(1)(B).

**Applicable Law**

3. Title 18, United States Code, Section 115(a)(1)(B) provides that it shall be unlawful for any person to threaten to assault, kidnap, or murder a United States Federal Law

Enforcement Officer or member of their immediate family with the intent to retaliate against the officer on account of the performance of his or her official duties.

**Statement of Probable Cause**

4. On September 24, 2026, a federal search warrant was executed at XXXX White School House Road, Cave Junction, Oregon. The search warrant was executed by the FBI and began with an FBI SWAT team clearing the property. The property has multiple houses and structures that housed workers. As part of the law enforcement clear of the property, the SWAT team detained 12 adults at the location including Jordan Avery Moore, DOB XX/XX/1995.

5. While the SWAT team cleared the property, the detained individuals were placed inside an FBI Sprinter Van for holding until the large property was cleared. The detained individuals were watched by FBI Agents who are not on the SWAT team that was clearing the property. During this time, Moore verbally insulted several of the FBI agents and SWAT personnel. Moore made comments out loud towards the Agents and began being non-compliant while in the Sprinter Van. At one point, Moore stood up in the van and moved towards the back door of the van despite being told by Agents watching him to stay seated.

6. The Agents watching Moore became worried about Moore's non-compliance and requested assistance from a SWAT team member. At this point, Victim Agent 1 (VA1), a member of the FBI SWAT Team, walked to the back of the van and opened the back door. VA1 told Moore to sit down, which Moore refused to do. VA1 attempted to put his hands on Moore's arms but could feel Moore's arms tensing up as he resisted. VA1 pulled Moore out of the van to gain control of him.

7. Moore asked VA1 what his name was and then made statements to the effect of: when I get released, I'm going to go to your home, find your family, and fuck your wife in front of you.

8. I interviewed VA1 and several of the FBI Agents on scene during this incident. VA1 stated that he believed Moore's statements were a credible threat as Moore was specifically asking for VA1's name and that he could use that information to find where he lives and harm his family in retaliation for being detained. At the time these threats were made, VA1 was engaged in the performance of their official duties as an FBI Agent and SWAT team member.

9. When VA1 removed Moore from the van, Moore's arm was cut or scratched. After the scene was secured, emergency medical staff were on scene and were asked to assist Moore due to the injury. When the emergency medical staff asked to assist him, Moore refused medical treatment.

## **Conclusion**

10. Based on the foregoing, I have probable cause to believe, and I do believe, that Jordan Avery Moore threatened to assault, kidnap, or murder a United States Federal Law Enforcement Officer or member of their immediate family in violation of Title 18, U.S.C. Section 115(a)(1)(B). I therefore request that the Court issue a criminal complaint and arrest warrant for Jordan Avery Moore.

/ / /

/ / /

/ / /

/ / /

11. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Melissa LeRitz, and AUSA LeRitz advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Christopher Giovanetty
Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:30 a.m./p.m. on September 24, 2026.

HONORABLE MARK D. CLARKE
United States Magistrate Judge